UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>　　　　　　　　　　Debtor,<br>―――――――――――――――――<br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CLIFF YARBROUGH, et al.,<br><br>　　　　　　　　　　Defendants. | NO:  CV-12-623-RMP<br><br>Bankr. Case No. 09-06194-PCW11<br><br>Adv. Proc. No. 11-80096-PCW11<br><br>ORDER GRANTING STIPULATED MOTION TO CONSOLIDATE WITH CASE NO. 13-CV-11-RMP |

**BEFORE THE COURT** is Plaintiff's Stipulated Motion to Consolidate this case with Case No. 13-CV-11-RMP, ECF No. 26, and Motion to Expedite Hearing of the same, ECF No. 27.  The Court has reviewed the motions and file and records

ORDER GRANTING STIPULATED MOTION TO CONSOLIDATE WITH CASE NO. 13-CV-11-RMP ~ 1

therein and finds that there are common issues of law and similar facts in both cases that warrant consolidation. Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Stipulated Motion to Consolidate for trial purposes only, **ECF No. 26**, and Motion to Expedite, **ECF No. 27**, are **GRANTED**.

2. This case is hereby consolidated with **Case No. 13-CV-11-RMP**.

**IT IS SO ORDERED**.

The District Court Executive is hereby directed to enter this Order, to consolidate this case for trial purposes only with Case No. 13-CV-11-RMP and to amend the caption accordingly, and to provide copies of this Order to counsel and to any pro se defendants, and **CLOSE** case number **12-CV-623-RMP**.

**DATED** this 6th day of February 2014.

      *s/ Rosanna Malouf Peterson*
      ROSANNA MALOUF PETERSON
      Chief United States District Court Judge